# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| No. 14-1211 | September Term, 2014 |

NLRB-10CA038074
NLRB-15CA019697

**Filed On:** January 20, 2015

Road Sprinkler Fitters Local Union No. 669,
U.A., AFL-CIO,

       Petitioner

   v.

National Labor Relations Board,

       Respondent

------------------------------
Austin Fire Equipment, LLC and G & L
Associated, Inc.,
       Intervenors

      **BEFORE:**   Rogers, Tatel, and Brown, Circuit Judges

### O R D E R

Upon consideration of the motions to sever the case, the responses thereto, and the reply; and the request to consolidate or coordinate the cases, the response thereto, and the reply, it is

**ORDERED** that the motions to sever be granted. The Clerk is directed to sever the petition for review of Austin Fire Equipment, LLC, 361 NLRB No. 76 (Oct. 24, 2014), and assign it a new docket number.

While not otherwise limited, the parties in No. 14-1211 are directed to address in their briefs whether the petitioner has standing in that case. See Oil, Chemical & Atomic Workers Local Union No. 6-418, AFL-CIO v. NLRB, 694 F.2d 1289, 1294-95 (D.C. Cir. 1982) (discussing whether a charging party is a "person aggrieved" under 29 U.S.C. § 160(f)).

The Clerk is further directed to calendar the two cases for oral argument on the same day and before the same panel.

                                    **Per Curiam**